

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-16-00715-CV

**IN THE INTEREST OF M.L.D.R.E. AND D.A.E**.,

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3147-CCL
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

The trial court clerk has filed a notice stating appellant has not designated materials to be included in the clerks' record. Appellant is not required to file a request for or designation of materials to be included in the clerk's record. *See* TEX. R. APP. P. 35.3(a); 34.5(a), (b). The filing of the notice of appeal triggers the clerk's duty to prepare, certify, and file the clerk's record, as long as appellant has either established she is indigent, *see* TEX. R. APP. P. 20.1, or made satisfactory arrangements to pay the clerk's fee. *See* TEX. R. APP. P. 35.3(a). We order the trial court clerk, Jo Ann Cervantes, to file the clerk's record by November 18, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court